## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## LUFKIN DIVISION

| | | |
|---|---|---|
| **TRINITY COUNTY MEMORIAL VFW POST 6899,** § | | |
| *Plaintiff* § | | |
| § | | |
| v. § | Civil Action No. 6:23-cv-438 | |
| § | | |
| **ILLINOIS UNION INSURANCE COMPANY** § | | |
| *Defendant.* § | | |

## JOINT MOTION TO DISMISS WITH PREJUDICE

1. Plaintiff, TRINITY COUNTY MEMORAL VFW, and Defendant, ILLINOIS UNION INSURANCE COMPANY, file this Joint Motion to Dismiss under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

2. On or about July 12, 2023, Plaintiff filed suit against Illinois Union Insurance Company in the 258th Judicial District Court of Trinity County, Texas, and Illinois Union Insurance Company subsequently removed this matter to federal court on or about August 30, 2023 (Doc. 1).

3. The matter is resolved and Plaintiff now moves to dismiss the suit with prejudice, and Defendant agrees to the dismissal.

4. This case is not a class action under Federal Rule of Civil Procedure 23, a derivative action under Rule 23.1, or an action related to an unincorporated association under Rule 23.2.

5. A receiver has not been appointed in this case.

6. This case is not governed by any federal statute that requires a court order for dismissal of the case.

7. Plaintiff has not previously dismissed any federal or state court suit based on or including the same claims as those presented in this case.

8. This dismissal is with prejudice.

## PRAYER

For these reasons, the parties request the Court dismiss this case with prejudice in accordance with the parties' Joint Motion, with each party bearing its own court costs and attorneys' fees.

Respectfully Submitted,

*/s/ Patrick C. McGinnis*
Chad T. Wilson
Texas State Bar No. 24079587
Patrick C. McGinnis
Texas State Bar No.13631900
**CHAD T. WILSON LAW FIRM PLLC**
455 E. Medical Center Blvd, Ste 555
Webster, Texas 77598
Telephone: (832) 415-1432
Facsimile: (281) 940-2137
eservice@cwilsonlaw.com
pmcginnis@cwilsonlaw.com

**ATTORNEYS FOR PLAINTIFF,
TRINITY COUNTY MEMORIAL VFW
POST 6899**

**AND**

*/s/ Frank A. Piccolo*
Frank A. Piccolo
Texas State Bar No.: 24031227
Kenneth H. Tribuch
Texas State Bar No.: 24042539
**CHAFFE MCCALL, L.L.P.**
801 Travis Street, Suite 1910
Houston, Texas, 77002
Telephone:   (713) 546-9800
Facsimile:   (713) 546-9806
Email: frank.piccolo@chaffe.com
Email: kenneth.tribuch@chaffe.com

**ATTORNEYS FOR DEFENDANT
ILLINOIS UNION INSURANCE COMPANY**

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a copy of the foregoing has this date been served on all counsel of record in accordance with the Federal Rules of Civil Procedure.

      Houston, Texas, this 20th day of May 2024.

                                                      */s/ Frank A. Piccolo*
                                                      Frank A. Picolo