UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:23-cv-00438

**Trinity County Memorial VFW Post 6899,**
*Plaintiff,*

v.

**Illinois Union Insurance Company,**
*Defendant.*

### ORDER

On May 20, 2024, the parties filed a joint motion to dismiss with prejudice. Doc. 14. That motion is signed by "all parties who have appeared" and complies with Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Accordingly, the court construes the motion as a stipulation of dismissal under Rule 41(a)(1)(A)(ii). This action is dismissed with prejudice. All pending motions are denied as moot. The clerk of court is directed to close the case.

*So ordered by the court on June 4, 2024.*

J. CAMPBELL BARKER
United States District Judge